

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00600-CV

**IN RE** Anthony **CISNEROS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
            Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed:  September 3, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On August 25, 2014, relator Anthony Cisneros filed a pro se petition for writ of mandamus, seeking an order directing the district clerk to provide him with copies of certain documents from the clerk's record in the underlying parental termination proceeding.[2] This court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ is not necessary to enforce our appellate jurisdiction in this instance. Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-PA-02118, styled *In the Interest of J.J.C., et al., Children*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Charles E. Montemayor presiding.

[2] An accelerated appeal of the termination order signed July 17, 2014, is currently pending in this court in Appeal No. 04-14-00577-CV, styled *In the Interest of J.J.C., A.C., Je.J.C., Children*.